[No. 23267–3–I.   Division One.   May 7, 1990.]

WALLACE H. LITCHFIELD, ET AL, *Respondents,* v. ROBERT E. KINSSIES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 88–2–06075–4, Charles V. Johnson, J., entered April 25, 1988. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Webster and Forrest, JJ.

[No. 22770–0–I.   Division One.   May 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CUONG THE PHANG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03190–6, Frank H. Roberts, Jr., J., entered August 23, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Webster and Baker, JJ.

[Nos. 22766–1–I; 25295–0–I.   Division One.   May 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT ALLEN JOHNSTON, *Appellant.*

*In the Matter of the Personal Restraint of* ROBERT ALLEN JOHNSTON, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04189–8, Susan R. Agid, J., entered August 8, 1988, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Baker, J., concurred in by Coleman, C.J., and Webster, J.